AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Maloney, Paul L | 2. Court or Organization<br><br>District Court, WD MI | 3. Date of Report<br><br>05/13/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>District Judge-Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>410 W. Michigan Ave.<br>Kalamazoo, MI 49007 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> ***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. President, Catholic Community Education Commission (Term ended 6/30/07) | Lake Michigan Catholic Schools, St. Joseph, Michigan |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1995-2007 | State Judicial Pension calculated based on years of service |
| 2. 1995-2007 | Berrien County Pension calculated based upon years of service |
| 3. | |

2008 MAY 19 A 11: 18
FINANCIAL DISCLOSURE OFFICE
RECEIVED


COPY

| Name of Person Reporting | Date of Report |
|---|---|
| Maloney, Paul L | 05/13/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 2007 | Judicial Salary, State of Michigan and County of Berrien | $ 65,529 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2007 | Teacher, River Valley School District |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Maloney, Paul L | 05/13/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Berrien County, Michigan Bar Association | Costs associated with investiture ceremony and photo of County Courthouse | $ 4,096.42 |
| 2. Western Michigan Federal Bar Association | Costs associated with investiture ceremony | $ 1,000 |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Tuition Management Systems | Payment Agreement ▮▮▮▮▮ Tuition, Room and Board | J |
| 2. Villanova University | ▮▮▮▮▮ Tuition, Room and Board | None |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Maloney, Paul L | 05/13/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Brokerage Account #1 | | | | | | | | | |
| 2. --Agere Common Stock | A | Dividend | | | Sell | 4/3 | J | A | |
| 3. --Avaya common Stock | A | Dividend | | | Sell | 10/22 | J | A | |
| 4. --CMS Energy Common Stock | A | Dividend | | | Sell | 10/22 | J | C | |
| 5. --Freescale Semiconductor Common Stock (X) | | | | | | | | | |
| 6. --GE Common Stock | A | Dividend | | | Sell | 10/22 | K | D | |
| 7. --Harley Davidson common stock | A | Dividend | | | Sell | 10/22 | K | E | |
| 8. --Alcatel-Lucent common Stock | A | Dividend | | | Sell | 10/22 | J | A | |
| 9. --Disney common stock | A | Dividend | | | Sell | 6/1 | J | A | |
| 10. --Health Services Trust B | B | Dividend | | | Sell | 10/22 | J | A | |
| 11. --Tech Fund B (fka Info Fund B) | A | Dividend | | | Sell | 10/22 | J | A | |
| 12. --Fin. Services Trust B | A | Dividend | | | Sell | 10/22 | J | A | |
| 13. --Focus Growth Fund A (fka Amer. Opportunity Fund A) | A | Dividend | | | Sell | 10/22 | J | B | |
| 14. --Dividend Growth Securities A (now B) | A | Dividend | | | Sell | 10/22 | J | A | |
| 15. --Tech Fund (fka Info Fund A) | A | Dividend | | | Sell | 10/22 | J | A | |
| 16. --Morgan Stanley Liquid Asset Fund Money Market | A | Dividend | J | T | | | | | |
| 17. --Morgan Stanley Bank Deposit | A | Int./Div. | J | T | Opened acct. | 6/1 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Maloney, Paul L | 05/13/2008 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions *(Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --Morgan Stanley Equally Weighted S&P 500 D | A | Dividend | J | T | Buy | 10/22 | J | | |
| 19. --Morgan Stanley Small Mid-Cap Special Value Fund D | A | Dividend | J | T | Buy | 10/22 | J | | |
| 20. --MSIF Core Plus Fix Income Inst. | A | Dividend | J | T | buy | 10/22 | J | | |
| 21. --MSIF TR LTD Duration Inst | A | Dividend | J | T | Buy | 10/22 | J | | |
| 22. --MSIF Active International Allocation A | A | Dividend | J | T | Buy | 10/22 | J | | |
| 23. --MSIF Emerging Markets | A | Dividend | J | T | Buy | 10/22 | J | | |
| 24. --MSIF International Magnum A | A | Dividend | J | T | Buy | 10/22 | J | | |
| 25. --MSIF Investment Grade Fix Income Inst | A | Dividend | J | T | Buy | 10/22 | J | | |
| 26. --Van Kampen Comstock I | A | Dividend | J | T | Buy | 10/22 | J | | |
| 27. --Van Kampen Growth & Income I | A | Dividend | J | T | Buy | 10/22 | J | | |
| 28. --Van Kampen Small Cap Growth I | A | Dividend | J | T | Buy | 10/22 | J | | |
| 29. --MSIF US Real Estate Port A | A | Dividend | J | T | Buy | 10/22 | J | | |
| 30. --MSIF US Large Cap GR Port A | A | Dividend | J | T | Buy | 10/22 | J | | |
| 31. --MSIF TR US Small Cap Value Inst | A | Dividend | J | T | Buy | 10/22 | J | | |
| 32. Brokerage Account #2 | | | | | | | | | |
| 33. --Apple Computer common stock | A | Dividend | K | T | Part Sell | 11/29 | J | C | |
| 34. --EBay Common stock (X) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Maloney, Paul L | 05/13/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --US Govt Money Trust (X) | | | | | | | | | |
| 36. Brokerage Account #3 | | | | | | | | | |
| 37. --Morgan Stanley Money Market | A | Dividend | J | T | | | | | |
| 38. --Microsoft common stock | A | Dividend | | | Sell | 9/19 | J | A | |
| 39. --Dividend Growth Securities A | A | Dividend | J | T | | | | | |
| 40. --S & P 500 Index Fund B | A | Dividend | J | T | | | | | |
| 41. --Dividend Growth Securities B | A | Dividend | J | T | Sell part | 9/20 | J | A | |
| 42. --MS Global Dividend Growth Security A | A | Dividend | J | T | Buy | 9/20 | J | | |
| 43. --MS Global Dividend Growth Security B | A | Dividend | J | T | Buy | 9/20 | J | | |
| 44. State of Michigan 401(k) | | | | | | | | | |
| 45. --SSgA Bond Market Index | A | Dividend | J | T | | | | | |
| 46. --Western Asset Core Bond | A | Dividend | J | T | | | | | |
| 47. --MFS Total Return A | A | Dividend | K | T | | | | | |
| 48. --Dodge and Cox Stock Fund | B | Dividend | L | T | | | | | |
| 49. --Smith Barney Lg. Cap Growth Y | A | Dividend | K | T | | | | | |
| 50. --Columbia Acorn Z | A | Dividend | J | T | | | | | |
| 51. --American Funds Euro Pacific | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Maloney, Paul L | 05/13/2008 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. --Templeton Foreign A | A | Dividend | J | T | Sell | 5/1 | J | A | |
| 53. --Alliance Berstein Int Value I | A | Dividend | J | T | Buy | 5/1 | J | | |
| 54. 457 Retirement Account | | | | | | | | | |
| 55. --Nationwide Fixed Account | B | Interest | K | T | | | | | |
| 56. --Neuberger Genesis Fund TC | A | Dividend | J | T | | | | | |
| 57. 403b Account | | | | | | | | | |
| 58. --New Perspective Fund A | A | Dividend | J | T | | | | | |
| 59. --Capital World Growth A | A | Dividend | J | T | | | | | |
| 60. --US Govt Securities A | A | Dividend | J | T | | | | | |
| 61. Fifth Third Bank Account | A | Interest | J | T | | | | | |
| 62. DOJ Federal Credit Union | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250.001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Assets listed on lines 5, 34, and 35 of nomination report were sold prior to taking judicial office.

My position on the Catholic Community Education Commission expired on June 30, 2007.

| Name of Person Reporting | Date of Report |
| --- | --- |
| Maloney, Paul L | 05/13/2008 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signat

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

## FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544